[Rockingham, June, 1889.]

### COBURN v. STORER.

### SAME v. SAME.

ASSUMPSIT and TROVER. Tried by the court, who found the facts and assessed damages. The defendant excepted.

*A. C. Osgood* and *David Cross*, for the defendant.

*Wiggin & Fernald*, for the plaintiff.

CARPENTER, J. The plaintiff's right to judgment is not contested.

*Exceptions overruled.*

BLODGETT, J., did not sit: the others concurred.

[Strafford, June, 1889.]

### COOK v. NEW DURHAM.

After the decision of this case (reported 64 N. H. 419) a further statement by way of amendment was obtained from the justice who tried it, by which it appeared that the evidence offered was excluded on the ground that it was legally inadmissible and not in the exercise of discretion, and thereupon the verdict was set aside.

CARPENTER, J., did not sit: the others concurred.

*G. E. Cochrane* and *J. Kivel*, for the defendants.

*E. F. Cloutman* and *Worcester & Gafney*, for the plaintiff.